IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY JOHN BATTAGLIA,<br><br>          Plaintiff,<br><br>   v.<br><br>FEDERAL BUREAU OF INVESTIGATION ET AL.,<br><br>          Defendants.            / | No. CV 13-01626 CRB<br><br>**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL** |

The Ninth Circuit has referred this case to this Court "for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith. See 28 U.S.C. § 1915(a)(3); see also Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002)." The Court dismissed this case on April 18, 2013, holding that Plaintiff's allegations were "'fanciful,' 'fantastic,' 'delusional,' and 'wholly incredible,' and therefore subject to dismissal as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i). See generally Order (dkt. 5). In the Court's view, that holding is not

//
//
//
//
//

1  reasonably subject to dispute.  Accordingly, the Court finds that the appeal is frivolous.  In
2  forma pauperis should be revoked.  <u>See</u> 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED.**

Dated: May 8, 2013

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE