IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRADY EL LETHERMON-BEY et al.,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA et al.,<br><br>    Defendant. | No. C14-03496 CRB<br><br>**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL** |

The Ninth Circuit has referred this case to this Court "for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith. See 28 U.S.C. § 1915(a)(3); see also Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002)." The Court dismissed this case on August 5, 2014, holding that Plaintiffs' allegations were "unintelligible, frivolous, fanciful, delusional, and wholly incredible" and therefore subject to dismissal as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i). See generally Order (dkt. 5). In the Court's view, that holding is not reasonably subject to dispute. Accordingly, the Court finds that the appeal is frivolous. In forma pauperis should be revoked. See 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED.**

Dated: August 21, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE